IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Jeffery Woods, | : |
| Plaintiff(s), | : |
| | : Case Number: 1:20cv693 |
| vs. | : |
| | : Judge Susan J. Dlott |
| Arthur M. Ney, Jr., et al., | : |
| Defendant(s). | : |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on October 27, 2020 Report and Recommendation (Doc. 3). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 6).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, plaintiff's motion to proceed *in forma pauperis* is DENIED. Plaintiff is ORDERED to pay the full $400 fee ($350 filing fee plus $50 administrative fee) required to commence this action within thirty (30) days. Failure to pay the $400 fee within thirty days will result in the dismissal of this action. *See In re Alea,* 286 F.3d 378, 382 (6th Cir. 2002).

The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that for the reasons listed an appeal

of any Order adopting this Report and Recommendation will not be taken in good faith. *See McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997).

IT IS SO ORDERED.

_____
Judge Susan J. Dlott
United States District Court