IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jeffrey Woods,                          :
                                        :
          Plaintiff(s),                 :
                                        :       Case Number: 1:20cv693
     vs.                                :
                                        :       Judge Susan J. Dlott
Arthur M. Ney, et al.,                  :
                                        :
          Defendant(s).                 :

## ORDER

This matter is before the Court pursuant to the Order of General Reference in the United

States District Court for the Southern District of Ohio Western Division to United States Magistrate

Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings

and filed with this Court on April 7, 2021 a Report and Recommendation (Doc. 12). Subsequently,

the plaintiff filed objections to such Report and Recommendation (Doc. 13).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered

de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does

determine that such Recommendation should be adopted.

Accordingly, it is ORDERED that Plaintiff's complaint be DISMISSED without prejudice as

Heck-barred. The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that an appeal of this Order

adopting this Report and Recommendation would not be taken in good faith.

IT IS SO ORDERED.

Judge Susan J. Dlott
United States District Court